Camellia Baray, State Bar No. 179219
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Dr., Ste 312
Hayward, Ca. 94545
Telephone: (510) 785-8400
Facsimile: (510) 670-0955
camellia@btbandb.com

Attorneys for Defendant William Shannon

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM SHANNON,<br><br>    Defendant.<br>_____/ | No. CR 07-00701-001 WHA<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO MODIFY SUPERVISED<br>RELEASE CONDITIONS |

  As part of his sentence in the above-referenced matter, Mr. Shannon was placed on a term of 5 years of supervised release. As a condition of supervised release, Mr. Shannon is not allowed to leave the judicial district without the permission of the Court or his probation officer. Mr. Shannon now respectfully requests that the Court modify this condition to allow him to travel outside the jurisdiction for purposes of his employment.

Stipulation and ~~Proposed~~ Order Modifying Release Conditions
CR 07-00701-001 WHA

1

Mr. Shannon has been struggling financially and, even though he has one full time job and one part time job, it has been difficult for him to make ends meet and provide the resources necessary to support his wife and children.  Recently, he was offered permanent employment as a driver with a trucking company.  This job would require him to travel out of state on a regular basis, and he has been asked to travel out of state on Tuesday, December 13, 2011 to pick up a truck and drive it back to the company's headquarters.

Counsel for Mr. Shannon and the US Attorney assigned to this case, Kirstin Ault, stipulate and agree that Mr. Shannon's supervised release conditions be modified to allow him to travel outside the district in which he is supervised for purposes of his employment.  The probation officer assigned to the case, Todd Fredlund, objects to the modification as a matter of course.  Nevertheless, Mr. Fredlund stated to defense counsel that Mr. Shannon has had no violations while under supervision, and acknowledged the fact that Mr. Shannon has been suffering financial strain.

SO STIPULATED.

Dated: December 8, 2011 　　　　　____/S/_____
　　　　　　　　　　　　　　　　　Kirstin Ault
　　　　　　　　　　　　　　　　　Assistant United States Attorney


Dated: December 8, 2011 　　　　　____/S/_____
　　　　　　　　　　　　　　　　　Camellia Baray
　　　　　　　　　　　　　　　　　Attorney for Mr. Shannon

Stipulation and ~~Proposed~~ Order Modifying Release Conditions
CR 07-00701-001 WHA

2

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the supervised release conditions of Mr. Shannon be modified to allow travel, outside the jurisdiction within which he is supervised, for purposes of his employment.

IT IS SO ORDERED.



DATED: December 12, 2011.

William Alsup
UNITED STATES DISTRICT JUDGE